1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

ALANA DUNN,

12

Plaintiff,

13

v.

14

QUALITY FURNITURE,

15

Defendant.

16
17

Case No.  1:25-cv-00912-JLT-BAM

**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

TWENTY-ONE DAY DEADLINE

18    On July 25, 2025, Plaintiff Alana Dunn ("Plaintiff"), *pro se*, filed this action bringing

19 claims against Defendant Quality Furniture ("Defendant").  (Doc. 1.)  Plaintiff did not pay the

20 filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. §

21 1915.  (Doc. 2).  However, Plaintiff's application is insufficient for the Court to determine if

22 Plaintiff is entitled to proceed without prepayment of fees in this action.

23    Plaintiff reports that her gross pay or wages are $5,030 per month.  (Doc. 2 at 1.)

24 Plaintiff further reports that in the past 12 months she has received income from disability or

25 worker's compensation payments.  (*Id.*)  Plaintiff has not clearly described each source of money

26 or stated the amount that she received and what she expects to receive in the future, as required

27 by the application.

28

1

Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2       Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.      If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **July 28, 2025**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE