UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN, | Case No. 1:25-cv-00912-JLT-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 4) |
| QUALITY FURNITURE, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| Defendant. | |

      Alana Dunn filed this action on July 25, 2025. (Doc. 1.) The same day, Plaintiff filed a short form application to proceed *in forma pauperis*. (Doc. 2.) The Court ordered Plaintiff to either pay the $405.00 filing fee for this action or file a long form application to proceed *in forma pauperis* within 21 days of the date of the order. (Doc. 3.) The Court served the order on Plaintiff by mail and warned her that failure to comply with the order would result in a recommendation for dismissal of the action. (Doc. 3 at 2.)

      Plaintiff did not file a long form application to proceed *in forma pauperis*. On September 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order, failure to pay the filing fee or submit the proper applications to proceed *in forma pauperis*, and failure to prosecute this action. (Doc. 4.) The findings and recommendations were served on

1

Plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*) Plaintiff has not filed any objections and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

    1. The findings and recommendations issued on September 19, 2025 (Doc. 4) are **ADOPTED IN FULL**;

    2. This action is **DISMISSED** without prejudice; and

    3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 31, 2025**

UNITED STATES DISTRICT JUDGE